**PHILIP R. WOOTEN**
Arizona State Bar No. 007006
Philip R. Wooten PC
3413 E. Equestrian Trail
Phoenix, AZ 85044-3403
Telephone: 480-598-4330
Facsimile:  480-598-4331
philip.wooten@azbar.org
*Attorney for Defendant Trans Union LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| GRICELDA ORQUIZ,<br>            Plaintiff,<br><br>  v.<br><br>DEPARTMENT STORES NATIONAL BANK AND TRANS UNION LLC,<br>            Defendants. | Case No. _____<br><br>**DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL**<br><br>(Removed from McDowell Mountain Justice Court, Maricopa County, Case No. CC2016196091) |

Trans Union LLC ("Trans Union") files this Notice of Removal pursuant to 28 U.S.C. §1446(d), and in support thereof, would respectfully show the Court as follows:

### A.  Procedural Background

1.      On or about October 31, 2016, Gricelda Orquiz ("Plaintiff") filed the Original Complaint in this action in the McDowell Mountain Justice Court of the State of Arizona in and for the County of Maricopa, under case no. CC2016196091, ("State Court Action"), against Defendants Department Stores National Bank ("DSNB") and Trans Union.  Plaintiff alleges that Defendants violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*

2.      The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.  No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

3.     Trans Union was served with Plaintiff's Original Complaint on November 8, 2016. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b).

### B.  Grounds for Removal

4.     The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States. Removal is thus proper because Plaintiff's claims present a federal question. *Id.* In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* Moreover, any future claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

### C.  Compliance with Procedural Requirements

5.     Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after Trans Union received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6.     Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

7.     Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the McDowell Mountain Justice Court of the State of Arizona in and for the County of Maricopa, as required by 28 U.S.C. § 1446(d).

8.     Pursuant to 28 U.S.C. § 1446(a) and LRCiv 3.6, a copy of all process, pleadings, and orders served upon Trans Union in the State Court Action is attached hereto as **Exhibit A**.

9.     Trial has not commenced in the McDowell Mountain Justice Court of the State of Arizona in and for the County of Maricopa.

10. All Defendants that have been served upon the date filing of this Notice of Removal consent to the removal of this case.  By filing this Notice of Removal, Trans Union LLC consents to the removal of this case.  Defendant Department Stores National Bank's consents to the removal as reflected in **Exhibit B** attached hereto.

WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated: November 28, 2016.

**PHILIP R. WOOTEN P.C.**

By  /s/  Philip R. Wooten
Philip R. Wooten (# 007006)
3413 E. Equestrian Trial
Phoenix, AZ  85044-3403
Telephone: (480) 598-4330
Facsimile:   (480) 598-4331
Email: Philip.wooten@azbar.org
**COUNSEL FOR DEFENDANT
TRANS UNION LLC**

8460481.1/SP/83057/2560/112316

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to the following on the 28th day of November, 2016 as follows:

Kevin F. McCarthy
Devan E. Michael
Joon N. Kee
Devan.michael@mccarthylawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, AZ 85251
(602) 456-8900

*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　By  /s/  Philip R. Wooten

8460481.1/SP/83057/2560/112316

# EXHIBIT A



*2351704*

EZ Messenger
2502 N. BLACK CANYON HIGHWAY
PHOENIX, AZ 85009
602.258.8081
Fax#: 602.258.8864

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 NOV 14 AM 9:08

In The MCDOWELL MOUNTAIN JUSTICE COURT
State of ARIZONA, County of MARICOPA

GRICELDA ORQUIZ
Vs.
DEPARTMENT STORES NATIONAL BANK AND
TRANS UNION, LLC

Certificate of Service

Case No.: CC2016196091
Court Date: N/A
Judge:

The undersigned certifies under penalty of perjury: That I am a private process server registered in Maricopa County and an officer of the court. On 11/07/2016 I received SUMMONS; NOTICE TO THE DEFENDANT; COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. 1681 ET SEQ.); EXHIBIT A & B; INITIAL DISCOVERY SET TO TRANS UNION, LLC from McCarthy Law PLC and by Kevin Fallon McCarthy. In each instance I personally served 1 copy(ies) of each document listed above upon: TRANS UNION, LLC BY SERVICE UPON ITS STATUTORY AGENT PRENTICE-HALL CORP SYSTEM, by leaving with Josef Patawaran, Process specialist, stated authorized to accept, at 2338 WEST ROYAL PALM ROAD STE J in Phoenix, AZ 85021 in MARICOPA County, on 11/08/2016 at 2:17 PM.

Description of Person Accepting Service:
Sex: Male Race: Asian Age: 22 Height: 5ft 6in Weight: 150 Hair: Black

Marriage Status: N/A

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on November 09, 2016

| | |
|---|---|
| SERVICE OF PROCESS | $ 55.00 |
| TOTAL: | $ 55.00 |

Client Ref: Orquiz.G.16.37FCRA
Client: McCarthy Law PLC

ROBERT LYONS, MC-8596      Affiant

McCARTHY LAW PLC
Candid Conversation. Wise Counsel.

Kevin Fallon McCarthy, 011017
Devan E. Michael, 032803
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
devan.michael@mccarthylawyer.com
Attorneys for Plaintiff

McDOWELL MOUNTAIN
JUSTICE COURT
FILED
16 OCT 31 AM 8:59

☐ ORIGINAL

## McDOWELL MOUNTAIN JUSTICE COURT
## MARICOPA COUNTY, STATE OF ARIZONA
### 18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

| | |
|---|---|
| GRICELDA ORQUIZ,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT STORES NATIONAL BANK AND TRANS UNION, LLC,<br><br>Defendants. | Case No.: CC2016196091<br><br>**COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. § 1681 et seq.)** |

COMES NOW Plaintiff, GRICELDA ORQUIZ ("Plaintiff"), by and through counsel undersigned, and for its cause of action against the Defendants above-named alleges as follows:

1. That Plaintiff is, and was at all times hereinafter mentioned, a resident of Maricopa County, Arizona.

2. That, on information and belief, Defendant, Department Stores National Bank ("DSNB") is not a corporation registered with the Arizona Corporation Commission, but at all times relevant hereto was registered with the FDIC as a Federally Chartered National Bank with their headquarters located at 701 E. 60th Street, Sioux Falls, South Dakota, 57104.

3. That, on information and belief, Defendant DSNB is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

4. That, on information and belief, Defendant, TRANS UNION LLC. ("TRANS UNION"), is a credit reporting agency, as defined by 15 U.S.C. § 1681a(f), licensed to do business in Arizona and has designated the following registered statutory agent: PRENTICE-HALL CORP SYSTEM, 2338 WEST ROYAL PALM ROAD, STE-J, PHOENIX, AZ 85021.

5. That, on information and belief, Defendant TRANS UNION is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

6. That the Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p, the Fair Credit Reporting Act ("FCRA") and that personal jurisdiction exists over Defendants as they had the necessary minimum contacts with the State of Arizona.

7. That the Plaintiff is a consumer and victim of inaccurate reporting by Defendants, and has suffered particularized and concrete harm.

8. That Plaintiff only ever had one DSNB/Macy's Account ("Account") to her name.

9. That the DSNB/Macy's Account at issue is reporting twice on Plaintiff's credit report.

10. That the Account information for the duplicate DSNB/Macy's accounts on Plaintiff's credit report is identical in all respects. The account number for both accounts reads as #44059929xxxx and #440599299xxxx. The balance for both accounts is $0. The date updated for both accounts is 08/19/2016. The last payment made for both accounts is 06/12/2013. The credit limit for both accounts is $600. The loan type for both accounts is CHARGE ACCOUNT. The date opened for both accounts is 11/02/2008. The pay status for both accounts is "Account paid in Full; was a Charge-off." The date closed for both accounts is 07/02/2012. The date paid for both accounts is 06/12/2013. There can be no question that the DSNB/Macy's account is erroneously reporting twice on Plaintiff's credit report.

11. That Defendant DSNB is willfully reporting derogatory and inaccurate information about Plaintiff to third-parties.

12. On August 2, 2016, Plaintiff sent a written dispute, with supportive documentation, regarding the accuracy of the derogatory information reported by TRANS UNION. Exhibit A.

13. That Defendant TRANS UNION failed to respond to Plaintiff's dispute, but, upon pulling a new TRANS UNION credit report dated October 24, 2016, Plaintiff discovered that the duplicate account continued to report. Exhibit B.

14. That Defendant DSNB willfully failed to correct the inaccurate reporting of the Account to Defendant TRANS UNION in violation of 15 U.S.C. § 1681s-2 and to the detriment of the consumer Plaintiff. Exhibit B.

15. That Defendant DSNB is willfully reporting derogatory and inaccurate information

about Plaintiff to consumer reporting agencies as defined by 15 U.S.C. § 1681a. Exhibit B.

16. That Defendant TRANS UNION failed to conduct a reasonable reinvestigation in violation of 15 U.S.C. § 1681i(a)(1)(A) and to the detriment of the consumer Plaintiff. Exhibit B.

17. That Defendant TRANS UNION failed to correct the inaccurate reporting of the Account in violation of 15 U.S.C. § 1681i and to the detriment of the consumer Plaintiff. Exhibit B.

18. That Defendant TRANS UNION willfully failed to maintain reasonable procedures to assure maximum accuracy of the information contained in Plaintiff's credit report in violation of 15 U.S.C. § 1681e. Exhibit B.

19. The foregoing acts and omissions of the Defendants DSNB and TRANS UNION constitute unacceptable violations of the FCRA.

**WHEREFORE**, Plaintiff seeks a reasonable and fair judgment against Defendants for willful noncompliance of the Fair Credit Reporting Act and seeks her statutory remedies as defined by 15 U.S.C. § 1681n and demands:

1. Actual damages to be proven at trial, or statutory damages pursuant to 15 U.S.C. § 1681n(a)(1)(A), of not less than $100 and not more than $1,000 per violation;
2. Punitive damages, pursuant 15 U.S.C. § 1681n(a)(2), for Defendants' willful violation;
3. The costs of instituting this action together with reasonable attorney's fees incurred by Plaintiff pursuant to 15 U.S.C. § 1681n(a)(3); and
4. Any further legal and equitable relief as the court may deem just and proper in the circumstances.

Respectfully submitted this 26th day of October, 2016.

MCCARTHY LAW, PLC

By: _____
Devan E. Michael, Esq.
Kevin Fallon McCarthy, Esq.
Attorneys for Plaintiff

# EXHIBIT A

Gricelda Orquiz
2342 W. Danbury Rd.
Phoenix, AZ 85023


August 2, 2016


Transunion Consumer Relations
PO Box 2000
Chester, PA 19022-2000


Re:   Name: Gricelda Orquiz
      Social Security #: ████-0876
      Date of Birth: ████
      Report date: 06/01/2106
      File #: 354063096


To Whom It May Concern,

I am writing to dispute the following information in my file. I have attached the items I dispute on the enclosed copy of the credit report I received.

This item Macy's/Dsnb account #440599299* is incorrectly reporting twice on my credit report. This is inaccurate as I have only ever had one Macy's account. The accounts are nearly identical in every respect minus the opening date being one day off. Therefore, I am requesting that the duplicate account be deleted.

Please investigate this matter and correct the disputed item as soon as possible.


Sincerely,

Gricelda Orquiz



Report Created On: 06/01/2016
File Number: 354083096

-Begin Credit Report-

### Personal Information

SSN: XXX-XX-0878
Your SSN has been masked for your protection.
**Names Reported:** GRICELDA REYES and GRICELDA ORQUIZ
**Addresses Reported:**
Address

You have been on our files since 12/14/2006
Date of Birth:

Date Reported

### Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repo-ssession | Charge Off | Foreclosure |

**Remarks Key**
Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as 'Remarks'. The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets > < indicates that this remark is considered adverse.

AID   ACCT INFO DISPUTED BY CONSUMR        >PPL<  PAID IN FULL/WAS A CHARGE OFF        >SET<  SETTLED-LESS THAN FULL BLNC

### Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For any account that contains medical information, the information following 'Medical-' is not displayed to anyone but you except where permitted by law. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note. Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.



**DSNB/MACYS #44059929****
PO BOX 8218
MASON, OH 45050
(800) 289-6228

| Date Opened: | 11/02/2008 | Date Updated: | 05/07/2016 | Pay Status: | >Account paid In Full; was |

# TransUnion

| | | | | | |
|---|---|---|---|---|---|
| Responsibility: | Individual Account | Payment Received: | $0 | | a Charge-off< |
| Account Type: | Revolving Account | Last Payment Made: | 08/12/2013 | Terms: | Paid Monthly |
| Loan Type: | CHARGE ACCOUNT | Original ChargeOff: | $906 | Date Closed: | 07/02/2012 |

High Balance: High balance of $906 from 01/2016 to 01/2016; $906 from 05/2016 to 05/2016
Credit Limit: Credit limit of $600 from 01/2016 to 01/2016; $600 from 05/2016 to 05/2016
Estimated month and year that this item will be removed: 02/2019

| | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 |
|---|---|---|---|---|---|
| Balance | $0 | | | | $0 |
| Amount Paid | $0 | | | | $0 |
| Past Due | $0 | | | | $0 |
| Remarks | AID >SET< >PPL< | | | | AID >SET< >PPL< |
| Rating | C/O | C/O | C/O | C/O | C/O |

## DSNB/MACYS #440599299****
PO BOX 8218
MASON, OH 45050
(800) 289-6229

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 11/02/2008 | Balance: | $0 | Pay Status: | >Account paid in Full; was a Charge-off< |
| Responsibility: | Individual Account | Date Updated: | 12/21/2015 | | |
| Account Type: | Revolving Account | Payment Received: | $0 | Terms: | Paid Monthly |
| Loan Type: | CHARGE ACCOUNT | Last Payment Made: | 08/12/2013 | Date Closed: | 07/02/2012 |
| | | High Balance: | $906 | Date Paid: | 06/12/2013 |
| | | Credit Limit: | $600 | >Maximum Delinquency of 120 days in 07/2012 and in 09/2012 for $355< | |

Remarks: ACCT INFO DISPUTED BY CONSUMR; >SETTLED-LESS THAN FULL BLNC<; >PAID IN FULL/WAS A CHARGE OFF<
Estimated month and year that this item will be removed: 02/2019

| | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X |

| | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X |

| | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X |

| | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | C/O | 120 | 120 |

| | 07/2012 | 06/2012 | 05/2012 | 04/2012 |
|---|---|---|---|---|
| Rating | 120 | 90 | 60 | 30 |



# EXHIBIT B


TransUnion

Report Created On: 10/24/2016
File Number: 354063096

-Begin Credit Report-

## Personal Information

SSN: 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

You have been on our files since 12/14/2006
Date of Birth: 02/16/1989

**Names Reported:** GRICELDA ORQUIZ, GRICELDA REYES and GRICELDA ORIQUIZ

**Addresses Reported:**

| Address | Date Reported |
|---|---|
| [redacted] | |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For any account that contains medical information, the information following 'Medical-' is not displayed to anyone but you except where permitted by law. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.







**DSNB/MACYS** #44059929****
PO BOX 8218
MASON, OH 45050
(800) 289-6229

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date Opened: | 11/02/2008 | Balance: | $0 | Pay Status: | >Account paid in Full; was a Charge-off< |
| Responsibility: | Individual Account | Date Updated: | 08/19/2016 | | |
| Account Type: | Revolving Account | Last Payment Made: | 06/12/2013 | Terms: | Paid Monthly |
| Loan Type: | CHARGE ACCOUNT | High Balance: | $906 | Date Closed: | 07/02/2012 |
| | | Credit Limit: | $600 | Date Paid: | 06/12/2013 |

Page 2 of 13

# TransUnion

Remarks: ACCT INFO DISPUTED BY CONSUMR; >SETTLED-LESS THAN FULL BLNC<; >PAID IN FULL/WAS A CHARGE OFF<
Estimated month and year that this item will be removed: 02/2019

|        | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 |
|--------|---------|---------|---------|---------|---------|---------|---------|
| Rating | C/O     | C/O     | C/O     | C/O     | C/O     | C/O     | C/O     |

**DSNB/MACYS  #440599299****
PO BOX 8218
MASON, OH 45050
(800) 289-6229

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 11/02/2008 | Balance: | $0 | Pay Status: | >Account paid in Full; was a Charge-off< |
| Responsibility: | Individual Account | Date Updated: | 08/19/2016 | | |
| Account Type: | Revolving Account | Last Payment Made: | 06/12/2013 | Terms: | Paid Monthly |
| Loan Type: | CHARGE ACCOUNT | High Balance: | $906 | Date Closed: | 07/02/2012 |
| | | Credit Limit: | $600 | Date Paid: | 06/12/2013 |

>Maximum Delinquency of 120 days in 07/2012 and in 09/2012 for $355<

Remarks: ACCT INFO DISPUTED BY CONSUMR; >SETTLED-LESS THAN FULL BLNC<; >PAID IN FULL/WAS A CHARGE OFF<
Estimated month and year that this item will be removed: 02/2019

|        | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Rating | X       | X       | X       | X       | X       | X       | X       | X       | X       | X       |

|        | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Rating | X       | X       | X       | X       | X       | X       | X       | X       | X       | X       |

|        | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Rating | X       | X       | X       | X       | X       | X       | X       | X       | X       | X       |

|        | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Rating | X       | X       | X       | X       | X       | X       | X       | X       | X       | X       |

|        | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Rating | X       | X       | X       | X       | X       | C/O     | 120     | 120     | 120     | 90      |

|        | 05/2012 | 04/2012 |
|--------|---------|---------|
| Rating | 60      | 30      |

# EXHIBIT B

# Philip R. Wooten

| | |
|---|---|
| **From:** | Moritz, Andrew  <andrew.moritz@citi.com> |
| **Sent:** | Tuesday, November 15, 2016 2:08 PM |
| **To:** | Godfrey, Lauren |
| **Cc:** | Sefzik, Andrew |
| **Subject:** | RE: Gricelda Orquiz v. Department Stores National Bank, et al. (Arizona CC-2016-196091) |

Counsel:

Please be advised that Department Stores National Bank, a subsidiary of Citibank, N.A., hereby joins in and consents to the removal of the above-referenced action to federal court.  DSNB has no record of being served in this matter, and DSNB further reserves its right to challenge the claim on all grounds, including based on any Rule 12 motion or motion to compel arbitration.

Please advise when removal is complete and could you please provide us a copy of the federal removal notice after it is filed.

Regards,

Andrew Moritz
Director and Associate General Counsel – Consumer Litigation
Citibank, N.A.
14000 Citicards Way
Jacksonville, FL 32259
904-954-8552 (Office)
904-377-7778 (Cell)
904-954-8716 (Fax)