# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gricelda Orquiz,<br><br>         Plaintiff,<br><br>v.<br><br>Department Stores National Bank, et al.,<br><br>         Defendants. | No. CV-16-04082-PHX-DJH<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Dismiss Department Stores National Bank ("DSNB") with prejudice (Doc. 15).  Plaintiff advises that the parties have completed the settlement of this matter and requests that the Court dismiss DSNB with prejudice  The Court construes this as a Motion for Voluntary Dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Therefore,

**IT IS HEREBY ORDERED** that the Motion for Voluntary Dismissal (Doc. 15) is **GRANTED** and this action is **DISMISSED** with prejudice as to DSNB **only**, each party to bear its own attorneys' fees and costs.

Dated this 30th day of January, 2017.

_____
Honorable Diane J. Humetewa
United States District Judge