**McCarthy Law PLC**
CANDID CONVERSATION. WISE COUNSEL.

**Kevin Fallon McCarthy, 011017**
**Devan E. Michael, 032803**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ  85251**
**602-456-8900**
**Devan.micheal@mccarthylawyer.com**
**Attorneys for Plaintiff**

# In the United States District Court
## for the District of Arizona, Phoenix Division

| | |
|---|---|
| GRICELDA ORQUIZ,<br>    Plaintiff,<br>v.<br>DEPARTMENT STORES NATIONAL BANK, et al.,<br>    Defendants. | Case No.: CV-16- 04082-PHX-DJH<br><br>**MOTION TO DISMISS TRANS UNION LLC WITH PREJUDICE** |

Plaintiff GRICELDA ORQUIZ ("Plaintiff"), pursuant to FRCP 41(a)(2), respectfully moves this Court for an order dismissing TRANS UNION LLC ("TRANS UNION") only, with prejudice, as the Plaintiff has finalized a settlement with TRANS UNION. The parties are to bear their own attorneys' fees and costs. A proposed form of order is attached.

Respectfully submitted this 31st day of January, 2017.

MCCARTHY LAW PLC
*By:/s/ Devan E. Michael*
Kevin Fallon McCarthy
Devan E. Michael
4250 N. Drinkwater Boulevard, Suite 320
Scottsdale, AZ 85251
Attorneys for Plaintiff

McCarthy Law, PLC
4250 N. Drinkwater Blvd
 Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com

Orquiz v. DSNB et al – TU                    1                    Dismissal

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Devan E. Michael*

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com

Orquiz v. DSNB et al – TU                           2                                      Dismissal