# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gricelda Orquiz, | No. CV-16-04082-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Trans Union LLC, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Dismiss Trans Union LLC with Prejudice (Doc. 17).  Plaintiff advises that the parties have finalized a settlement. The Court construes this as a Motion for Voluntary Dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Therefore,

**IT IS ORDERED** granting the Motion (Doc. 17) and dismissing this action is **as to Defendant Trans Union LLC, with prejudice,** each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 31st day of January, 2017.

*(signature)*
Honorable Diane J. Humetewa
United States District Judge